JS - 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMEI BO,<br><br>              Petitioner,<br><br>v.<br>ACTING WARDEN OF THE<br>ADELANTO DETENTION<br>CENTER, et al.,<br><br>              Respondents. | Case No. 5:26-cv-03616-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 13, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE